# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00028-CV

**Frederic A. Gladle Management Trust; Frederic A. Gladle
Living Trust; Barbara E. Gladle; Barbara Lynne Gladle Management Trust;
Barbara Lynne Gladle Living Trust; Alan Lynne Family Trust;
LT Entertainment Center, LP; LT Entertainment Group, LLC; Alan Lynne
Family Partnership; Meriport Capital, Inc.; and Train, Inc., Appellants**

**v.**

**Dustin Leifheit, Samantha Leifheit and Darryl Leifheit, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-06-003987, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Frederic A. Gladle has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, Chapter 13, No. 07-10570-frm). Accordingly, the appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.[1] Any party may file a motion to reinstate upon the occurrence of an event that would allow the case to proceed. *See* Tex. R. App. P. 8.3. Failure to

---

[1] We note that Frederic Gladle, individually, was severed from the underlying cause of action with a separate judgment rendered against him. The appeal from that judgment is docketed as cause number 03-07-00027-CV. There are multiple other parties in this suit; although the automatic stay in a bankruptcy case generally does not protect non-debtor parties, if the allegations against the debtor and non-debtors arise from the same factual and legal basis and are inextricably intertwined, then the stay may apply to the proceedings if the bankruptcy estate would be jeopardized. *See* 11 U.S.C. § 362(a); *Houston Pipeline Co. LP v. Bank of Am., N.A.*, 213 S.W.3d 418, 425 (Tex. App.—Houston [1st Dist.] 2006, no pet.).

notify this Court of a lift of the automatic stay or the termination of the bankruptcy case may result in the dismissal of the cause for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Abated

Filed: May 18, 2007